**NORMAN McQUAGGE and DOCK SAPP v. STATE OF FLORIDA**

14 So. (2nd) 904                              June Term, 1943
September 17, 1943                              Division B
Rehearing Denied October 6, 1943

*C. M. Cox,* for appellants.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

Judgment Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.